

# Fourth Court of Appeals
## San Antonio, Texas

December 23, 2014

No. 04-14-00651-CV

Philip Wayne **HINDES** and Melinda Hindes Eustace,
Appellants

v.

**LA SALLE COUNTY**, Texas; the Honorable Joel Rodriguez Jr., in his official capacity as County Judge, La Salle County, Texas; and the Honorable Raul Ayala, in his official capacity as County Commissioner, Precinct 4, La Salle County, Texas,
Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 12-09-00179-CVL
Honorable Dick Alcala, Judge Presiding

# O R D E R

In this accelerated appeal, Appellees' brief is due on December 23, 2014. *See* TEX. R. APP. P. 38.6(b). On December 17, 2014, Appellees filed an unopposed first motion for extension of time to file their brief until January 22, 2015.

Appellees' motion is GRANTED. Appellees must file their brief with this court by January 22, 2015.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of December, 2014.

_____
Keith E. Hottle
Clerk of Court